UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

JACKSON DIVISION

| | |
|---|---|
| **CELESTE PERKINS,**<br><br>   Plaintiff,<br><br>vs.<br><br>**COMENITY LLC dba COMENITY BANK,**<br><br>   Defendant. | Case no. 3:15-cv-00572-CWR-FKB |

## STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff CELESTE PERKINS ("Plaintiff"), through her counsel of record, Tav Gomez of Morgan & Morgan, and Defendant COMENITY BANK ("Defendant"), through its counsel of record, David J. Kaminski of Carlson & Messer LLP, hereby file this Stipulation to Dismiss the action of Plaintiff Celeste Perkins with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Each party to bear their own costs and expenses.

**IT IS SO STIPULATED.**

Dated June 13, 2016						MORGAN & MORGAN, TAMPA, P.A.

							<u>s/ Tav Gomez</u>
							Octavio Gomez, Esquire
							TGomez@forthepeople.com
							Morgan & Morgan, Tampa, P.A.
							One Tampa City Center
							Tampa, FL 33602
							t: (813) 223-5505
							f: (813) 223-5402
							Florida Bar #: 0338620

							Jason Graeber
							Jason@jasongraeberlaw.com
							Jason Graeber Law Firm
							2462 Pass Road
							Biloxi, MS  39531
							t: (228) 207-7117
							F: 228-207-8634

							*Attorneys for Plaintiff*
							*Celeste Perkins*

Dated:  June 13, 2016					**MCGLINCHEY STAFFORD**


							<u>S/ Mark H. Tyson</u>
							Mark H. Tyson (Bar No. 9893)
							mtyson@mcglinchey.com
							Stephen T. Masley
							smasley@mcglinchey.com
							McGlinchey Stafford
							200 South Lamar Street, Suite 1100
							Jackson, Mississippi  39201
							t: (769) 524-2338
							f: (769) 524-2333

							*Attorneys for Defendant*
							*Comenity Bank*